UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROY IVN MIRANDA-SANCHEZ,<br>Defendant. | ) | CASE NO. MJ26-5178<br><br>DETENTION ORDER |

Offense charged: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; Possession of Methamphetamine with Intent to Distribute Methamphetamine (two counts); Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Date of Detention Hearing: July 21, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been indicted on the above-referenced charges in the District of Utah. He was arrested in this District, and has waived an identity hearing. He does not object to entry of a Detention Order, pending the opportunity to request a hearing in the charging district. He was not interviewed by Pretrial Services in this particular case, so some of his background information is unknown or unverified.

2. Defendant poses a risk of nonappearance based on the nature of the charges, charges originating in another district, and unknown or unverified background information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 21th day of July, 2026.

Mary Alice Theiler
United States Magistrate Judge